**FILED - KZ**

December 17, 2024 4:25 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

___ems___ Scanned by ES /12/18

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**1:24-cv-1325**

Hala Y. Jarbou
U.S. District Judge

)
)  Case No.
)
Terina M. Calloway  )    _____
          Plaintiff(s)  )       (to be filled in by the Clerk's Office)
)
(Write the full name of each plaintiff who is filing this complaint.  )
If the names of all the plaintiffs cannot fit in the space above,  )   Jury Trial: (check one) ☑Yes ☐No
please write "see attached" in the space and attach an additional  )
page with the full list of names.)  )
          -v-  )
)
)
)
Michigan Education Association  )
          Defendant(s)  )
(Write the full name of each defendant who is being sued.  If the  )
names of all the defendants cannot fit in the space above, please  )
write "see attached" in the space and attach an additional page  )
with the full list of names.)  )

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Terina M. Calloway
Street Address      420 Maple St.
City and County     Dowagiac
State and Zip Code  Michigan 49047
Telephone Number    269-462-1384
E-mail Address      terinacalloway420@gmail.com

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | *Lou Vidmar* |
| Job or Title *(if known)* | *Uni Serve Director* |
| Street Address | *104 W. Ferry St 102* |
| City and County | *Berrien Springs* |
| State and Zip Code | *Michigan 49103* |
| Telephone Number | *269 - 471 - 7705* |
| E-mail Address *(if known)* | *lvidmar @ mea.org* |

### Defendant No. 2

| | |
|---|---|
| Name | *Roy Freeman* |
| Job or Title *(if known)* | *Union President* |
| Street Address | *701 W. Praire Ronde St.* |
| City and County | *Dowagiac ( Cass )* |
| State and Zip Code | *Michigan 49047* |
| Telephone Number | *1 - 269 - 462 - 2014* |
| E-mail Address *(if known)* | *r:l rfreeman @ dowagiacschools.o* |

### Defendant No. 3

| | |
|---|---|
| Name | *Michigan Education Association.* |
| Job or Title *(if known)* | *Labor- Union.* |
| Street Address | *1216 Kendale Blvd, East* |
| City and County | *Lansing* |
| State and Zip Code | *Michigan 48823* |
| Telephone Number | *1 - 800 - 292 - 1934* |
| E-mail Address *(if known)* | *webmaster @ mea.org* |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. title VII of the civil Rights Act 1964
2. 42 U.S.C. § 1981
3. ~~title XXXXXXX~~
4. Section 8 (b) of the National labor board Relations Act.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 500,000 or what the jury decides - ~~judgment entered~~ for the plaintiff, Punitive Damages.
Lost Wages
Extracontractual damages - The distress, Emotional &, Suffering
Hardship withdraw from my retirement plan - 13,000

from 1-25-24 to 2-14-24 their meetings took place at The Dowagiac Transportation Office.

The defendents-

1) Did not properly follow The Terms of The Collective Bargaining Agreement during The Termination process - Based on Questioning Only ( All meetings.

2) 1-8-25. All of These meetings were based On Questioning only - The plaintiff was limited to speak on her behalf - Defendents did not act in there best interest And was very humble.

3) 1-12-24
The Plaintiff requested for The defendents To question witnesses. The Defendants never followed Threw with questioning The witnesses.

4. 2-13-24 ( MEA office in Berrien Springs Michigan
The Defendents called The Plaintiff To meet w/ Them 20 minutes Away at The MEA office (one of The Defendents office) for a meeting. Try To force The Plaintiff To resign from her employment and To sign resignation Papers.

2-14-24
5 - The Defendents Both tryed To force The Plaintiff To sign resignation papers for The employer.

6. The Plaintiff was Told That The Last word would be The Superintendents decision, He would have The Last word on Completing The Termination. The Defendant Lou Stated That she Would set up The meeting. I never had The meeting, The Last meeting was with The Defendents -

7 The Defendant Told The Plaintiff That Termination does not go To Arbitration.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _12 - 16 - 24_

Signature of Plaintiff  _Terina M. Calloway_

Printed Name of Plaintiff  _Terina M. Calloway_

### B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

Print   Save As...   Add Attachment   Reset

Racial Discrimination

1)

1-12-24 - This took place at the Dowagiac Transportation Office
When the Defendents were asked. ~~for most~~ About two other violations in the Workplace, A more Severe Safety violations with others, That were not Disciplined. for there actions. But the Plantiff whom is a different Race. The Defendants said it would have to be brung up at a later Date No Disiplinary Actions were never given just to the Plaintiff.

2) The Defendents give less help and turn the other Way When it come To Minority's

Retaliation

1. 6/23/ The Defendents were
upsetted to with the
Plaintiff for letting
the Employees
That the bonus
That was
granted To Them for Award. Th.
Was being Split with
Another dept.

2. The defendent Union President
Was Upset w/ The
Plaintiff for. Letting The Employees
know about The Voting for.
Presidency / When They Wasnt
Properly informed